**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RE: Meghan q Whitton,<br>        Debtor | BK NO. 25-11531-djb |
| Nationstar Mortgage LLC,<br>        Movant | Chapter 13 |
| | Confirmation Hearing Date: 7/17/2025 |
| vs. | |
| Meghan q Whitton,<br>Kenneth E. West, Trustee<br>        Respondents | |

### OBJECTION OF NATIONSTAR MORTGAGE LLC TO AMENDED CHAPTER 13 PLAN

Nationstar Mortgage LLC (hereinafter Secured Creditor), objects to confirmation of Debtor's Amended Chapter 13 Plan and asserts in support of its Objection as follows:

1. Creditor timely filed Proof of Claim # 5. The arrearages are $3,693.69 on a total claim of $182,696.43.

2. Debtor's Plan does not treat Creditor's loan, or the prepetition arrearage claim.

3. However, Debtor's Schedule A and D does list the Property.

4. Confirmation of the Plan should be denied until Debtor amends the Plan to properly treat Creditor's claim.

5. Creditor reserves the right to raise any failure of Debtor to timely make all payments under the Plan or required by the Plan, if at the time of the confirmation hearing that appears to be the case.

6. Confirmation of the Plan is not feasible and at best premature.

7. Accordingly, Confirmation of the Plan should be denied.

WHEREFORE, the Creditor, Nationstar Mortgage LLC, prays that the Court deny confirmation of the Debtor's Plan.

Respectfully submitted,

Date: July 15, 2025

/s/Mark_Cronin_Mark A. Cronin
MARK A. CRONIN
PA BAR NO. 58240
Attorney for Creditor
McCalla Raymer Leibert Pierce, LLP
325 Chestnut Street, Suite 725
Philadelphia, Pennsylvania, 19106
(215) 402-6989
Mark.Cronin@mccalla.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**RE: Meghan q Whitton,**

        **Debtor**

CHAPTER 13
BK. NO. 25-11531-djb

**Nationstar Mortgage LLC,**

        **Movant**

    **vs.**

**Meghan q Whitton,**
**Kenneth E. West, Trustee**

        **Respondents**

**CERTIFICATION OF SERVICE**

I, the undersigned, hereby certify that the foregoing Objection to Confirmation was served by ECF or first class mail, postage pre-paid, upon the parties listed below on **July 15, 2025.**

**Chapter 13 Trustee**
Kenneth E. West
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
VIA ECF

**Attorney for Debtor**
LAWRENCE S. RUBIN
Lawrence S. Rubin, Atty.
337 West State Street
Media, PA 19063-2615
VIA ECF

**Debtor**
Meghan Q. Whitton
1534 Apple Ste Marcus
Hook, PA 19061 VIA
U.S. MAIL

Dated: July 15, 2025

                                                                                By: */s/Mark Cronin Mark A. Cronin*
                                                                                   MARK A. CRONIN
                                                                                   Attorney for Movant